

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00156-CR

VINCENT RAY JOHNSON A/K/A VINCENT JOHNSON

APPELLANT

V.

THE STATE OF TEXAS

STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY
TRIAL COURT NO. 1430822D

----------

## MEMORANDUM OPINION[1]

----------

Pursuant to a plea-bargain agreement and a judicial confession in which appellant Vincent Ray Johnson a/k/a Vincent Johnson admitted that he committed aggravated assault with a deadly weapon, the trial court convicted him of that offense and sentenced him to ten years' confinement. *See* Tex. Penal Code Ann. § 22.02(a)(2) (West 2011). The trial court signed a document

[1]*See* Tex. R. App. P. 47.4.

certifying that appellant had entered into a plea bargain and that he had "NO right of appeal."  *See* Tex. R. App. P. 25.2(a)(2).  Appellant and his attorney also signed that document.  Nonetheless, appellant brought this appeal.

We sent appellant a letter in which we reminded him of the trial court's certification and stated that unless he showed grounds for continuing the appeal, we could dismiss it.  *See* Tex. R. App. P. 44.3.  Appellant responded to our letter, but the response does not show adequate grounds for continuing the appeal. Because a certification that shows that appellant has the right of appeal has not been made a part of the record, we dismiss the appeal.  *See* Tex. R. App. P. 25.2(a)(2), (d), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  July 14, 2016